IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERESA BAPTISTE** | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:15-CV-03954 |
| | ) | |
| **AQUA AMERICA, INC** | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**STIPULATION OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41 (A)(1)(A)(ii)**

And now this 12th day of January 2016, it is hereby stipulated by and between the parties that the above-referenced matter filed by Plaintiff Teresa Baptiste against Defendant Aqua America, Inc. is hereby voluntarily dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

_____
David M. Koller, Esq.
KOLLER LAW LLC
2043 Locust Street #1B
Philadelphia, PA 19103
davidk@kollerlawfirm.com

*Attorney for Plaintiff*
*Kathleen Baptiste*

_____
Rachel F. Satinsky
LITTLER MENDELSON PC
1601 Cherry Street, Suite 1400
Philadelphia, PA
rsatinsky@littler.com

*Attorney for Defendant*
*Aqua America, Inc.*

IT IS SO ORDERED:

DATED: 1/12/16

BY:_____
J.