IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA BAPTISTE | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| v. | ) | No. 2:15-CV-03954 |
| AQUA AMERICA, INC | ) | |
| Defendant, | ) | |

FILED
JAN 1 4 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

STIPULATION OF DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41 (A)(1)(A)(ii)

And now this 12th day of January 2016, it is hereby stipulated by and between the parties that the above-referenced matter filed by Plaintiff Teresa Baptiste against Defendant Aqua America, Inc. is hereby voluntarily dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

David M. Koller, Esq.
KOLLER LAW LLC
2043 Locust Street #1B
Philadelphia, PA 19103
davidk@kollerlawfirm.com

*Attorney for Plaintiff*
*Kathleen Baptiste*

Rachel F. Satinsky
LITTLER MENDELSON PC
1601 Cherry Street, Suite 1400
Philadelphia, PA
rsatinsky@littler.com

*Attorney for Defendant*
*Aqua America, Inc.*

IT IS SO ORDERED:

DATED: 1/12/16

BY: _____ J.